171 A.3d 1258

FRANCINE REIBMAN, A MARRIED WOMAN, PLAINTIFF-PETI-TIONER, v. JAY H. MYERS, A/K/A JAY M. MYERS, A MARRIED MAN, DEFENDANT, AND WELLS FARGO BANK, N.A., TRUS-TEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006–NC3 ASSET-BACKED PASS-THROUGH CERTIFICATES, A NATIONAL ASSOCIATION, DEFENDANT-RESPONDENT.

C–210 Sept.Term 2017
079841

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000332–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.